# UNITED STATES DISTRICT COURT
## for the
### Western District of Pennsylvania

United States of America )
v. )
PAULA JACKSON )
)
)
)
)

Case No:  Criminal No. 13-197

USM No:  34430-068

Date of Original Judgment:          05/14/2014
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Pro Se / Michael Novara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED.  ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  5/14/2014  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   11/10/15

Effective Date:  11/10/15
*(if different from order date)*

_____
*Judge's signature*

Maurice B. Cohill, United States District Judge
*Printed name and title*